# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINIOS

In re: ARTHUR L. WHITAKER           §     Case No. 10-70629
       LUCY M. WHITAKER             §
                                    §
                                    §
         Debtors                    §

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Lydia S. Meyer, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1).  The trustee declares as follows:

1) The case was filed on 02/16/2010.

2) The plan was confirmed on NA.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was dismissed on 05/13/2011.

6) Number of months from filing or conversion to last payment: 13.

7) Number of months case was pending: 17.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $66,800.00.

10) Amount of unsecured claims discharged without full payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

### Receipts:

| | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $ 8,750.00 | |
| Less amount refunded to debtor | $ 0.00 | |
| **NET RECEIPTS** | | $ 8,750.00 |

### Expenses of Administration:

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $ 1,037.39 |
| Court Costs | $ 0.00 |
| Trustee Expenses & Compensation | $ 592.95 |
| Other | $ 0.00 |

**TOTAL EXPENSES OF ADMINISTRATION**                  $ 1,630.34

Attorney fees paid and disclosed by debtor:         $ 700.00

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| GILBERT R. DIZON, ATTORNEY AT | Lgl | 3,500.00 | 2,500.00 | 2,500.00 | 1,037.39 | 0.00 |
| SPRINGLEAF FINANCIAL | Sec | 800.00 | 13,961.30 | 7,205.21 | 0.00 | 0.00 |
| BANK OF AMERICA HOME LOANS | Uns | 1,725.00 | NA | NA | 0.00 | 0.00 |
| NISSAN MOTOR ACCEPTANCE | Sec | 8,775.00 | 7,748.31 | 6,475.00 | 6,475.00 | 644.66 |
| NISSAN MOTOR ACCEPTANCE | Uns | 0.00 | 0.00 | 1,273.31 | 0.00 | 0.00 |
| WINNEBAGO COUNTY COLLECTOR | Uns | 3,700.00 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Pri | 6,510.02 | 13,336.92 | 13,336.92 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Uns | 0.00 | 227.96 | 227.96 | 0.00 | 0.00 |
| AMERICAN EXPRESS | Uns | 30.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN EXPRESS CENTURION | Uns | 93.11 | 93.11 | 93.11 | 0.00 | 0.00 |
| AMERICAN EXPRESS CENTURION | Uns | 220.45 | 220.45 | 220.45 | 0.00 | 0.00 |
| AMERICAN EXPRESS | Uns | 220.00 | NA | NA | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Uns | 2,372.80 | 2,389.35 | 2,389.35 | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Uns | 5,400.95 | 5,400.95 | 5,400.95 | 0.00 | 0.00 |
| BANK OF AMERICA | Uns | 5,400.00 | NA | NA | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Uns | 2,839.89 | 2,773.19 | 2,773.19 | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Uns | 8,521.41 | 8,527.45 | 8,527.45 | 0.00 | 0.00 |
| LVNV FUNDING LLC | Uns | 1,604.11 | 1,643.11 | 1,643.11 | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| CAPITAL ONE BANK USA NA | Uns | 3,114.51 | 3,153.51 | 3,153.51 | 0.00 | 0.00 |
| CAPITAL ONE BANK USA NA | Uns | 405.90 | 265.01 | 265.01 | 0.00 | 0.00 |
| CAPITAL ONE BANK USA NA | Uns | 1,076.50 | 1,135.70 | 1,135.70 | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Uns | 1,033.02 | 1,140.93 | 1,140.93 | 0.00 | 0.00 |
| CAPITAL ONE BANK USA NA | Uns | 1,807.85 | 1,934.53 | 1,934.53 | 0.00 | 0.00 |
| ECAST SETTLEMENT | Uns | 3,025.05 | 3,025.05 | 3,025.05 | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Uns | 1,231.78 | 1,231.78 | 1,231.78 | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Uns | 789.00 | 846.83 | 846.83 | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Uns | 734.00 | 826.18 | 826.18 | 0.00 | 0.00 |
| CPU / CITIBANK | Uns | 1,802.00 | NA | NA | 0.00 | 0.00 |
| LVNV FUNDING LLC | Uns | 1,587.04 | 1,434.99 | 1,434.99 | 0.00 | 0.00 |
| DIRECT MERCHANTS BANK | Uns | 7,345.18 | NA | NA | 0.00 | 0.00 |
| ENHANCED RECOVERY CORP | Uns | 108.00 | NA | NA | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Uns | 1,617.00 | 1,617.40 | 1,617.40 | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Uns | 2,511.99 | 2,609.45 | 2,609.45 | 0.00 | 0.00 |
| HSBC BANK NEVADA NA | Uns | 7,345.00 | 7,522.19 | 7,522.19 | 0.00 | 0.00 |
| HSBC BANK NEVADA NA | Uns | 411.00 | 419.28 | 419.28 | 0.00 | 0.00 |
| HSBC BANK NEVADA NA | Uns | 1,485.20 | 1,523.50 | 1,523.50 | 0.00 | 0.00 |
| HSBC BANK NEVADA, NA | Uns | 1,072.54 | 1,133.84 | 1,133.84 | 0.00 | 0.00 |
| HSBC BANK NEVADA NA | Uns | 1,753.97 | 1,753.87 | 1,753.87 | 0.00 | 0.00 |
| HSBC BANK NEVADA, NA | Uns | 1,383.00 | 1,451.38 | 1,451.38 | 0.00 | 0.00 |
| ILLINOIS DEPARTMENT OF | Uns | 120.00 | NA | NA | 0.00 | 0.00 |
| JC PENNEY | Uns | 1,617.40 | NA | NA | 0.00 | 0.00 |
| CANDICA LLC | Uns | 1,153.18 | 1,153.18 | 1,153.18 | 0.00 | 0.00 |
| CANDICA LLC | Uns | 1,320.88 | 1,393.07 | 1,393.07 | 0.00 | 0.00 |
| AMERICAN INFOSOURCE LP AS | Uns | 1,887.82 | 1,887.82 | 1,887.82 | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Uns | 1,899.18 | 1,943.20 | 1,943.20 | 0.00 | 0.00 |
| GE MONEY BANK dba QCARD | Uns | 1,451.38 | 416.99 | 416.99 | 0.00 | 0.00 |
| MERRICK BANK | Uns | 4,409.65 | 4,535.94 | 4,535.94 | 0.00 | 0.00 |
| MUTUAL MANAGEMENT SERVICES | Uns | 398.00 | 71.51 | 0.00 | 0.00 | 0.00 |
| MUTUAL MANAGEMENT SERVICES | Uns | 119.00 | 4,678.43 | 0.00 | 0.00 | 0.00 |
| NICOR GAS | Uns | 453.00 | NA | NA | 0.00 | 0.00 |
| PHILLIPS 66 | Uns | 1,802.25 | NA | NA | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Uns | 1,434.75 | 1,413.11 | 1,413.11 | 0.00 | 0.00 |
| MUTUAL MANAGEMENT SERVICES | Uns | 3,742.74 | 1,575.66 | 1,575.66 | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| CANDICA LLC | Uns | 798.23 | 837.23 | 837.23 | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Uns | 2,277.00 | 2,277.43 | 2,277.43 | 0.00 | 0.00 |
| WELLS FARGO BANK NA | Uns | 5,418.24 | 5,606.26 | 5,606.26 | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| Mortgage Arrearage | $ 7,205.21 | $ 0.00 | $ 0.00 |
| Debt Secured by Vehicle | $ 6,475.00 | $ 6,475.00 | $ 644.66 |
| All Other Secured | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL SECURED:** | $ 13,680.21 | $ 6,475.00 | $ 644.66 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Domestic Support Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Priority | $ 13,336.92 | $ 0.00 | $ 0.00 |
| **TOTAL PRIORITY:** | $ 13,336.92 | $ 0.00 | $ 0.00 |
| **GENERAL UNSECURED PAYMENTS:** | $ 78,614.19 | $ 0.00 | $ 0.00 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $ 1,630.34 |
| Disbursements to Creditors | $ 7,119.66 |
| **TOTAL DISBURSEMENTS:** | $ 8,750.00 |

UST Form 101-13-FR-S (9/1/2009)

      12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Date:  07/20/2011           By:  /s/ Lydia S. Meyer
                                                   Trustee

**STATEMENT:**    This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-13-FR-S (9/1/2009)